**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RICKY LEE SMITH,                                                                                           PLAINTIFF

V.                                       No. 2:10-cv-00187-JMM-JJV

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                       DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

DATED this 19th day of April, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE