## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

RICKY LEE SMITH,                                                                        PLAINTIFF

V.                              No. 2:10-cv-00187-JMM-JJV

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                          DEFENDANT

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this 19th day of April, 2011.

                                                                              _____
                                                                              JAMES M. MOODY
                                                                              UNITED STATES DISTRICT JUDGE